UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
McALLEN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § § | Criminal No. M-22-30022-M (M-22-0876) |
| EZEQUIEL OLMOS-RICO | § | |

### CRIMINAL INFORMATION

**THE UNITED STATES ATTORNEY CHARGES:**

On or about May 11, 2022, in the Southern District of Texas and within the jurisdiction of the Court, Defendant,

EZEQUIEL OLMOS-RICO

an alien, did knowingly and willfully enter the United States at a place other than as designated by immigration officers.

In violation of Title 8, United States Code, Section 1325(a)(1).

JENNIFER B. LOWERY
UNITED STATES ATTORNEY

_____
ERIC D. FLORES
ASSISTANT UNITED STATES ATTORNEY